UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: Darren Hartt and Erica Hartt | ) | Case # 09-06001 |
| Debtor | ) | Chapter 13 |
| | ) | Judge Black – Joliet |

REPLY TO RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

NOW COMES Debtors, Darren and Erica Hartt, by and through their attorneys, Gleason and Gleason, and states the following in response to Nationstar Mortgage's response to notice of payment of final mortgage cure:

1. Debtors deny they are contractually due for mortgage payments from January 2014 through June.
2. Debtors deny the amounts due at $2,284.37 as debtors entered into a loan modification in 2010 which would not allow the interest rate to be raised as Nationstar has attempted to do several times throughout this case.
3. Debtors and their counsel have attempted numerous times to get a resolution to the proper payment due under the loan modification with Nationstar and their counsel without success.

Wherefore debtors deny that the amount due Nationstar in their filing is true or accurate. Debtors assert that Nationstar in their own filing have shown that the requested mortgage payment is in contrast to the proper amount due per the loan modification entered into in 2010.

Respectfully Submitted,
s/ Julie M Gleason ARDC 6273536
Debtors attorney

Gleason and Gleason
77 W Washington Ste 1218
Chicago, IL 60602
312-578-9530

CERTIFICATE OF SERVICE

I certify that I served this reply on the parties listed below by electronic service on 8/21/14.

Christopher Brown, Pierce and Assoc for Nationstar Mortgage at <northerndistrict@atty-pierce.com>

Trustee Glenn Stearns at <mcguckin_m@lisle13.com>